Jessie Samuel Rufus BENFORD, Appellant,

v.

SHELL OIL (MOTORCADE, INC.), Appellee.

No. 04–1698.

United States Court of Appeals, Eighth Circuit.

Submitted Oct. 26, 2004.

Decided Nov. 4, 2004.

---

Jessie Samuel Rufus Benford, St. Louis, MO, pro se.

James D. Bass, Blumenfeld & Kaplan, St. Louis, MO, for Defendant–Appellee.

Before RILEY, MCMILLIAN, and GRUENDER, Circuit Judges.

**PER CURIAM.**

Jessie Samuel Rufus Benford appeals the district court's[1] adverse grant of summary judgment in his action under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.* After careful de novo review of the record, we affirm for the reasons stated by the district court. *See* 8th Cir. R. 47B.

---

1. The Honorable Audrey G. Fleissig, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).